UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1262-1

| United States Of America | ) | ORDER MODIFYING AND |
|---|---|---|
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Mathew Castro-Cruz | ) | |
| | ) | |

On September 9, 2015, Mathew Castro-Cruz appeared before the Honorable James E. Gates, U.S. Magistrate Judge, in the Eastern District of North Carolina, and upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on December 10, 2015, the court finds as a fact that Mathew Castro-Cruz, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision with the following modifications:

1. The term of probation be extended an additional three months until December 8, 2016.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of seven days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

This the 10th day of December, 2015.

Kimberly A. Swank
U.S. Magistrate Judge